**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MARK HARWOOD and ASHLEY HARWOOD, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO. CIV-25-90-GLJ |
| UPONOR, INC. AND UPONOR NORTH AMERICA, INC. | ) ) ) | |
| Defendants. | ) ) | |

**MOTION OF DEFENDANT UPONOR NORTH AMERICA, INC TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**

Defendant, Uponor North America, Inc., ("UNA") through its undersigned counsel moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(2) for entry of an order dismissing all claims alleged against UNA for lack of personal jurisdiction. In the event this Court declines to dismiss the Original Complaint as to UNA, for lack of personal jurisdiction then UNA moves for entry of an order compelling individual arbitration of this dispute by the American Arbitration Association before a single arbitrator in the Minneapolis, Minnesota metropolitan area. In support of this motion, UNA states as follows:

1. UNA makes this Motion pursuant to Federal Rule of Civil Procedure 12(b)(2) as well as relevant case law on the grounds that neither general personal jurisdiction nor specific personal jurisdiction exists over Uponor North America, Inc. In support of this motion under Rule 12(b)(2) UNA incorporates the arguments, authorities and exhibits set forth in its Memorandum filed contemporaneously with this motion.

2. In the alternative, UNA moves for entry of an order compelling Plaintiffs to arbitrate their claims on an individual basis pursuant to the Federal arbitration Act (9 U.S.C. §§ 1-16) and

the arbitration clause contained in the binding express warranty applicable to and governing any Uponor product at issue in this action. In support of this motion, UNA incorporates the arguments, authorities and exhibits set forth in its Memorandum filed contemporaneously with this motion.

3. This motion is based upon this Motion, the Memorandum filed contemporaneously herewith, including, the declarations of John R. Schleiter and Kesley Grossman (including the attachments thereto); the pleadings, records and files in this action; and such other oral and documentary evidence as may be presented at or before any hearing on this motion.

**WHEREFORE**, Uponor North America, Inc. prays for entry of an order dismissing the Original Complaint  as to Uponor North America, Inc. pursuant to Rule 12(b)(2) for  lack of personal jurisdiction; in the alternative, if the Court does not grant the Rule 12(b)(2) motion, Uponor North America, Inc., prays for entry of an order compelling the Plaintiffs to proceed with individual arbitration of this dispute before a single arbitrator with the American Arbitration Association in the Minneapolis, Minnesota metropolitan area.

s/J. Mark McAlester
J. MARK McALESTER, OBA #18104
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
Phone: 405.235.4671
Fax: 405.235.5247
E-mail: jmmcalester@fentonlaw.com

*-and-*

William J. Cremer (*moving for pro hac vice*)
Edmund J. Siegert (*moving for pro hac vice*)
Tara C. O'Mahoney (*moving for pro hac vice*)
CREMER LAW, LLC

2

One North Franklin Street
Chicago, Illinois 60606
Tel: 312-726-3800
tomahoney@cremerlaw.com

**ATTORNEYS FOR DEFENDANT,
UPONOR, INC. AND
UPONOR NORTH AMERICA, INC.**

4918-2529-8247, v. 1

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing was sent on this 29th day of May, 2025, to the following ECF recipients:

James C. Hodges

s/J. Mark McAlester
J. Mark McAlester

3