**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **MARK HARWOOD and ASHLEY HARWOOD, husband and wife,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. CIV-25-90-GLJ** |
| | ) | |
| **UPONOR, INC. AND UPONOR NORTH AMERICA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION OF DEFENDANT UPONOR, INC TO COMPEL ARBITRATION**

Defendant, Uponor, Inc. (UI), through its undersigned counsel moves this Court pursuant to The Federal Arbitration Act for entry of an order compelling individual arbitration of this dispute by the American Arbitration Association before a single arbitrator in the Minneapolis, Minnesota metropolitan area. In support of this motion, UI states as follows:

1. UI moves pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for entry of an order compelling Plaintiffs to arbitrate their claims on an individual basis pursuant to the arbitration clause contained in the binding express warranty applicable to and governing any Uponor product at issue in this action. In support of this motion, UI incorporates the arguments, authorities and exhibits set forth in its memorandum filed contemporaneously with this motion.

2. This motion is based upon this Motion, the Memorandum filed contemporaneously herewith, including, the declaration Kesley Grossman (including the attachments thereto); the pleadings, records and files in this action; and such other oral and documentary evidence as may be presented at or before any hearing on this motion.

**WHEREFORE**, Uponor, Inc. prays for entry of an order compelling the Plaintiffs to proceed with individual arbitration of this dispute before a single arbitrator with the American Arbitration Association in the Minneapolis, Minnesota metropolitan area.

s/J. Mark McAlester
J. MARK McALESTER, OBA #18104
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
Phone: 405.235.4671
Fax: 405.235.5247
E-mail: jmmcalester@fentonlaw.com

*-and-*

William J. Cremer (*moving for pro hac vice*)
Edmund J. Siegert (*moving for pro hac vice*)
Tara C. O'Mahoney (*moving for pro hac vice*)
CREMER LAW, LLC
One North Franklin Street
Chicago, Illinois 60606
Tel: 312-726-3800
tomahoney@cremerlaw.com

**ATTORNEYS FOR DEFENDANT,**
**UPONOR, INC. AND**
**UPONOR NORTH AMERICA, INC.**

4899-7580-9351, v. 1

2

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing was sent on this 29th day of May, 2025, to the following ECF recipients:


James C. Hodges


s/J. Mark McAlester
J. Mark McAlester