**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARK HARWOOD and ASHLEY HARWOOD, husband and wife,      ) ) ) | |
| Plaintiffs,      ) ) | |
| vs.      ) ) | CASE NO. CIV-25-90-GLJ |
| UPONOR, INC. AND UPONOR NORTH AMERICA, INC.      ) ) ) | |
| Defendant.      ) | |

**MOTION OF DEFENDANT UPONOR INC. TO STRIKE CLASS ALLEGATIONS**

Defendant, Uponor, Inc. ("Uponor"), through its undersigned counsel, moves this Court pursuant to Federal Rules of Civil Procedure 12(f), 23(c)(1)(A) and 23(d)(1)(D) for entry of an order striking the class allegations contained in Plaintiffs' Original Complaint. In support of this motion, Uponor states as follows:

1. Uponor makes this Motion on the grounds that the class allegations set forth in Plaintiffs' Original Complaint propose a class that is not ascertainable, is not administratively feasible and is overbroad. In support of this motion, Uponor incorporates the arguments, authorities and exhibits set forth in its Memorandum filed contemporaneously with this motion.

2. This motion is based upon this Motion, the Memorandum filed contemporaneously herewith; the pleadings, records and files in this action; and such other oral and documentary evidence as may be presented at or before any hearing on this motion.

**WHEREFORE**, Uponor, Inc. prays for entry of an order striking the class allegations contained in the Original Complaint.

*/s/ Edmund J. Siegert*

William J. Cremer (*pro hac vice*)
Edmund J. Siegert (*pro hac vice*)
Tara C. O'Mahoney (*pro hac vice*)
CREMER LAW, LLC
One North Franklin Street
Chicago, Illinois 60606
Tel: 312-726-3800
WCremer@cremerlaw.com
ESiegert@cremerlaw.com
tomahoney@cremerlaw.com


        *- and-*

J. Mark McAlester, OBA #18104
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
Phone: 405.235.4671
Fax: 405.235.5247
E-mail: jmmcalester@fentonlaw.com


**ATTORNEYS FOR DEFENDANT,
UPONOR, INC.**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the above and foregoing was served via ECF on this 17th day of September 2025, to all counsel of record.

*/s/ Edmund J. Siegert*

4909-2966-4874, v. 1